UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
FEB 27 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-17-REW
21 U.S.C. § 846

SHANNON RIDENER and
DAVID WAYNE STRUNK

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about a day in February 2024, the exact date unknown, and continuing through on or about February 8, 2025, in McCreary County, in the Eastern District of Kentucky,

SHANNON RIDENER and
DAVID WAYNE STRUNK

did conspire together to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

███████████
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.